# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FINUS A. STRICKLAND**                                                                             **PLAINTIFF**

v.                                              **4:07CV01228 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 12th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE